# EXHIBIT C



PHILADELPHIA PARKING AUTHORITY
CITY OF PHILADELPHIA
COMMONWEALTH OF PENNSYLVANIA
Speed Camera Enforcement Program
49 N 8th Street, Philadelphia, PA 19106

# REMINDER NOTICE OF VIOLATION

203574 0 0629 6529 19391 1/1 BIN:1

THE CITY OF PHILADELPHIA VS
DANIEL JOSEPH SMITH
10205 CALERA RD
PHILADELPHIA PA 19114-1213

View your records online at
www.ViolationInfo.com

NOTICE #: 5072301240713
PIN: 3281

| ISSUE DATE: 06/28/2023 | | DUE DATE: 07/12/2023 |
|---|---|---|
| VIOLATION DATE: 06/01/2023 | VIOLATION TIME: 2:33:04 PM | FINE AMOUNT: $100.00 |
| LOCATION: NB 700 BLK ROOSEVELT BLVD INNER | | |
| SPEED: 51 MPH | | POSTED SPEED: 40 MPH |

I am a fully commissioned officer for the City of Philadelphia Police Department and am authorized to enforce the laws of the State of Pennsylvania. I have inspected the recorded images affixed to this Notice of Violation, and believe all the information to be true and correct, and that the vehicle was operated to a speed in excess of the posted speed limit. I hereby affirm and certify that these images evidence a violation of sections 3362 and 3370 of Title 75 of the Pennsylvania Consolidated Statutes and The Philadelphia Code Chapter 12-3400. As the registered owner of the vehicle, you are liable to pay a fine of $100.00 pursuant to PA. C.S. § 3362(c).

Response to this Reminder Notice of Violation shall be made personally, by mail or by agent duly authorized in writing, within 15 days of the issue date. You must either, admit liability and pay the fine in full, OR request in writing a hearing to dispute this violation. Failure to return payment for the Notice of Violation OR to request a hearing within 15 days of mailing of the Reminder Notice of Violation shall be considered an admission of liability. You will lose your right to a hearing, additional late fees and penalties will be applied to the original fine making your vehicle eligible to be booted and towed. See reverse for payment and hearing request instructions.



JEFFREY BOSWORTH, City of Philadelphia Police Department





---



The fastest and easiest way to pay is online!
Go to www.ViolationInfo.com and enter with your NOTICE # and PIN.

| NAME: DANIEL JOSEPH SMITH | | DUE DATE: 07/12/2023 |
|---|---|---|
| NOTICE NUMBER: 5072301240713 | VERSION: 1 | ISSUE DATE: 06/28/2023 |
| PLATE: ZBV7097 | STATE: PA | PIN: 3281 |

√ Returned checks are electronically represented and charged the State allowed fee.
√ Make your check or money order payable to the **Philadelphia Parking Authority**.
√ DO NOT MAIL CASH.
√ Write the Notice # on the front of your payment.
√ Do not tape, staple, or paperclip items.
√ If requesting a hearing, sign the reverse side of this notice.
√ Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window.
√ Payment is admission of liability.

If hearing request or payment was already made for this violation, please contact customer service to confirm.

**AMOUNT DUE: $100.00**

Philadelphia Parking Authority
Speed Camera Enforcement
PO Box 35131
Seattle, WA 98124-5131





1   5072301240713   000068200035   100001