IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JUNG, ROBERT THOMAS, DANIEL SMITH, ALEXANDER SIMPSON, PAUL KELLY, KYLE WILLIAMS, TIPHANIE LAWTON | : : : : : | CIVIL ACTION |
| v. | : : | NO. 25-956 |
| CITY OF PHILADELPHIA, PHILADELPHIA PARKING AUTHORITY, CHERELLE PARKER, LYNETTE M. BROWN-SOW, PATRICIA M. FURLONG, BETH C. GROSSMAN, ALFRED W. TAUBENBERGER, OBRA S. KERNODLE, IV, MARK C. NICASTRE, RICHARD LAZER, GABE ROBERTS, CORINNE, O'CONNOR, KEOLA HARRINGTON, ANTHONY KUCZYNSKI, CASEY WECH | : : : : : : : : : : | |

## ORDER

**AND NOW**, this 30th day of June 2025, upon considering the City Defendants' Motion to dismiss (ECF 22) and the Parking Authority Defendants' Motion to dismiss (ECF 23) the amended Complaint (ECF 20) filed after Plaintiffs had the benefit of reviewing the alleged deficiencies in their earlier Complaint (ECF 1) leading to an amended Complaint, Plaintiffs' Opposition (ECF 26), finding Plaintiffs cannot, as a matter of law after two attempts, plead a substantive or procedural due process claim, and for good cause including those reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF 22, 23) are **GRANTED** dismissing this case with prejudice and requiring the Clerk of Court **close** this case.

KEARNEY, J.